*[Handwritten annotation across top of page:]* I object. This is a scam, the lawyers get $375,000. The defense lawyers get paid their hourly rate and we get a free subscription to a useless service. Wake up the legal system is like the mafia, pay for protection.

*Don Carnevale*

## LEGAL NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION

125 128 19636 ******AUTO**5-DIGIT 34242
David Lawrence Carnevale
c/o Daniel Carnevale
5416 Siesta Cove Dr
Sarasota, FL 34242-1713

### If You Or Your Minor Child Was A Student In The Sarasota County, Florida School System You May Be A Member Of The Class In the Class Action Described In This Notice and You Or Your Minor Children May Be Entitled To Benefits From A Class Action Settlement.

*If You Are A Member Of The Class Described In This Notice, Your or Your Minor Children's Legal Rights Are Affected Even if You Do Not Act.*
*Please Read This Notice Carefully.*

### Why Am I Receiving this Notice?

There is a proposed settlement with The Princeton Review, Inc. ("Princeton Review" or "Defendant") of a lawsuit seeking class certification identified as: *Townsend v. The Princeton Review, Inc.*, Civil Action No. 08-01879 (U.S. Dist. Ct. Mid. Dist. of Fla.), which affects your or your minor children's legal rights. This notice, authorized by the United States District Court for the Middle District of Florida, explains the lawsuit, the proposed settlement, who may be eligible for the benefits of the proposed settlement, what those benefits are, how to get them and your or your minor children's legal rights.

The Court will decide whether to grant final approval of the proposed settlement at a Final Approval Hearing at 9:45 a.m. on November 20, 2009, at the United States District Court for the Middle District of Florida, Courtroom 14B, 801 N. Florida Ave., Tampa, Florida.

### What Is This Class Action Lawsuit About?

On or about September 19, 2008, Virginia Townsend ("Townsend" or "Plaintiff"), individually and as alleged representative of a class of persons similarly situated, filed suit against Princeton Review in the United States District Court for the Middle District of Florida. In that lawsuit, Plaintiff alleged that certain personal, private and confidential information

regarding students in the Sarasota County, Florida school system, and other school systems, had been made publicly available on Princeton Review's website, allegedly causing harm to Townsend and other class members similarly situated.

Princeton Review denies all charges of wrongdoing, liability, or harm, but wishes to preserve and enhance goodwill with its customers and therefore considers it desirable that this action be settled on the terms that have been agreed to with the Plaintiff, subject to Court approval, to assist the class members and eliminate controversies, and to avoid the burden, inconvenience, and expense inherent in further litigation.

### Why Is There A Proposed Settlement?

The Court has not decided in favor of either of the parties in the class action lawsuit. Instead, both sides agreed to settle this case to avoid the cost and risk of trial. The proposed settlement does not mean that the Plaintiff or any class members have suffered any legally cognizable harm or that Princeton Review has violated the law. The representative Plaintiff and her attorneys, who are also counsel for the proposed settlement class, believe that the proposed settlement is in the best interests of all members of the proposed settlement class.

### How Do I Know If I Am A Class Member?

The class members of the proposed settlement include all students and parents or legal guardians of minor students, in Sarasota County, Florida whose social security numbers were publicly available on Princeton Review's website at any time from June 28, 2008 to August 18, 2008. If you or your minor child was a student in the Sarasota County, Florida school system and you received this notice via first class mail, you are a member of the class. The class does not include adult students or parents of minor students in the Fairfax, Virginia school system or any other school system other than Sarasota County, Florida.

### What Does The Proposed Settlement Provide?

If you are a member of the class described in this notice, Princeton Review will provide you with identity protection services through a company by the name of Debix, Inc. ("Debix"), provided the settlement outlined herein is approved by the Court and you enroll for such services within the time limits required by the proposed settlement. The services to be provided if the proposed settlement outlined herein is approved include the following:

(a)   For class members 18 years old and older, two years of credit monitoring through enrollment in Debix Identity Protection Network.

(b)   For class members under the age of 18, two years of enrollment in Debix ChildScan. Debix ChildScan provides monitoring of databases in order to detect and identify fraud committed against a minor's identity.

(c) For the duration of the two-year service period, referenced above, $25,000 Identity Theft Insurance and a $1,000,000 Service Guarantee by Debix. Both the insurance and guarantee are subject to certain limitations and exclusions more particularly described in the Settlement Agreement, which you can view at www.shulaw.com.

(d) Debix shall provide call center services for class members during the 120 day enrollment period described herein.

(e) In the event that Debix becomes aware of suspected fraudulent or other misuse of any class member's personal information occurring prior to or during the two-year service period, any such person will receive the services for an additional year, beyond the initial two-year period described above.

To obtain those services, adult students, or in the case of minor students, a parent or legal guardian of the minor students, will need to enroll for such services on behalf of the affected students within 120 days of being notified that the settlement has been finally approved and that they can enroll for these services.

The benefits described herein are subject to certain limitations and exclusions described in the Settlement Agreement between the parties, which you can view at www.shulaw.com.

### What Would I Give Up If I Joined The Proposed Settlement?

If the proposed settlement becomes final, members of the settlement class who do not timely request exclusion from the class will be deemed to have released and discharged all claims they might have against Princeton Review, which release will be deemed to include, but not be limited to, a release of claims that have been, or could have been, asserted against Princeton Review in the class action. More details regarding the releases are contained in the Settlement Agreement, which you can view at www.shulaw.com.

### What Would Happen If The Proposed Settlement Were Not Approved Or Did Not Go Into Effect?

If the proposed settlement is not approved or does not go into effect, the proposed settlement benefits will not be available to you and the lawsuit will resume.

### Who Represents Me?

The Plaintiff is represented by attorneys Edward F. Haber, Shapiro, Haber & Urmy LLP, of Boston, Massachusetts; William E. Partridge, Grossman, Roth & Partridge, of Sarasota, Florida; and Jeffrey M. Liggio, Liggio Benrubi P.C., of West Palm Beach, Florida. You have the right, at your own expense, to retain your own attorney to represent you in this case. If you do not request exclusion from the class and do not retain your own attorney, you will be represented in this matter by the attorneys for the Plaintiff identified above. As described below, you will not be responsible for the attorneys' fees and expenses of those attorneys.

### How Will the Attorneys' Fees of the Attorneys for the Plaintiff and the Class Be Paid?

The Settlement Agreement provides that the Representative Plaintiff and the class will seek reasonable attorneys' fees and reimbursement of reasonable expenses, to be paid by the Defendant, Princeton Review, in a total amount not to exceed three hundred seventy five thousand dollars ($375,000). Princeton Review has reserved all rights to take any position it deems appropriate regarding the amount of reasonable attorneys fees and expenses that should be awarded to Plaintiff's counsel. Princeton Review agrees to pay the attorneys' fees and expenses awarded by the Court, so long as such award does not exceed three hundred seventy five thousand dollars ($375,000). The payment of attorneys' fees and reimbursement of costs and expenses awarded by the Court are in addition to all of the other benefits under the settlement and will not diminish the benefits provided by this settlement to members of the settlement class.

### What Are My Legal Rights?

You have the following options with respect to this class action settlement:

Remain Part of the Proposed Settlement: If you wish to be part of the proposed settlement, you do not need to do anything at this time. If and when a final settlement is approved, you will receive a further notice of that final settlement. Within 120 days of receiving such further notice, adult students, or in the case of minor students, a parent or legal guardian of the minor students, will need to enroll for the proposed benefits of the settlement on behalf of the affected students in order to obtain them.

Exclude Yourself from the Proposed Settlement: If you do not want to be legally bound by the proposed settlement, you must exclude yourself by sending a letter or other written document indicating that you wish to be excluded from *Townsend v. The Princeton Review, Inc.*, Civil Action No. 08-01879 (U.S. Dist. Ct. Mid. Dist. of Fla.), postmarked by October 30, 2009, to Edward F. Haber; Shapiro, Haber & Urmy LLP; 53 State Street; Boston, MA 02109. In your letter or other written document, include your full name, address, signature and date of your letter or other written document asking to be excluded.

If you exclude yourself, you may not apply for any benefits under the proposed settlement and you cannot object to the proposed settlement. If you ask to be excluded, however, you may sue or be part of a different lawsuit against Princeton Review in the future. You will not be bound by anything that happens in this lawsuit.

Object to the Proposed Settlement: If you object to any aspect of the proposed settlement, including the class counsels' request for attorneys' fees and expenses, you may express your views in writing to the Court.

In your written objection, you must include the following:

(1) the name and title of the lawsuit, *Townsend v. The Princeton Review, Inc.*, Civil Action No. 08-01879 (U.S. Dist. Ct. Mid. Dist. of Fla.);
(2) your full name and the name of your minor child, if applicable;

(3) your address and the address of your minor child, if applicable;
(4) your signature; and
(5) the reasons why you object to the proposed settlement and any documentation supporting your objection.

Your objection must be filed with the Court, at the address below, and served upon counsel for the Plaintiff and Princeton Review at the addresses set forth below, postmarked no later than October 30, 2009.

| Court | Settlement Class Counsel | Princeton Review's Counsel |
|---|---|---|
| Clerk<br>United States District Court for the Middle District of Florida<br>Sam M. Gibbons U.S. Courthouse<br>801 N. Florida Ave.<br>Tampa, FL 33602 | Edward F. Haber<br>SHAPIRO HABER & URMY LLP<br>53 State Street<br>Boston, MA 02109 | Matthew Triggs<br>Proskauer Rose LLP<br>2255 Glades Road<br>Suite 340 West<br>Boca Raton, FL 33431-7360 |

You may attend and be heard at the Final Approval Hearing at 9:45 a.m. on November 20, 2009, at the United States District Court for the Middle District of Florida, Courtroom 14B, 801 N. Florida Ave., Tampa, Florida. However, you do not have to appear at the Final Approval Hearing and the Court will consider your written objection even if you do not appear.

### When Will The Court Decide Whether To Approve The Proposed Settlement?

The Court will hold the Final Approval Hearing at 9:45 a.m. on November 20, 2009, at the United States District Court for the Middle District of Florida, Courtroom 14B, 801 N. Florida Ave., Tampa, Florida. You need not attend the hearing, but are welcome to do so. At the Final Approval Hearing, the Court will consider whether the settlement is fair, reasonable and adequate. If there are objections to the proposed settlement, the Court will consider them at this time. As part of the approval process, the Court will also consider the request for attorneys' fees, costs and expenses by counsel for the proposed settlement class, along with any objections asserted by class members and Princeton Review to the fees and expenses sought. After the Final Approval Hearing, the Court will decide whether to approve the proposed settlement and how much to award to counsel for the proposed settlement class as fees and expenses.

### How Do I Get More Information About The Proposed Settlement?

This notice is only a summary of the proposed settlement. More details are in the Settlement Agreement, which you can view at www.shulaw.com. You may also write or call one of the counsel for the Plaintiff and the settlement class, Edward F. Haber, Shapiro Haber & Urmy LLP, 53 State Street, Boston, MA 02109; 617-439-3939; or email at: shu@shulaw.com with any questions. **PLEASE DO NOT CALL THE COURT.**

8:08CV1879T33AEP

I object, Send me a pack of cigarettes or a Turkey

**LEGAL NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION**

Same as David Carnevale encl.

This is a legal bank robery.

Don Carnevale

125 128 19637 *******AUTO**5-DIGIT 34242
Jessica Kate Carnevale
c/o Laura Carnevale
5416 Siesta Cove Dr
Sarasota, FL 34242-1713