October 7, 2009

Clerk
US District Court for the Middle District of Florida
Sam M Gibbons U.S. Courthouse
801 N. Florida Ave
Tampa, FL 33602

Re: Townsend v. The Princeton Review, Inc., Civil Action No. 08-01879 (U.S. Dist. Ct. Mid. Dist. Of Fla.)

Dear Clerk of the Court,

    My two children, Laura Catherine Delaney, and Brian Robert Delaney are in the class of students for the above action. They live at my same address.

    As a parent of two victims of this breach, I am very concerned that the terms of the agreement still short-change the victims of this breach.

**Princeton Review should be forced to provide high quality Identity Protection and Credit Monitoring services through LifeLock for those affected students until they reach the age of eighteen, as a minimum.**

Here are my itemized concerns:
1. The Princeton Review continually refuses to treat the victims of this breach with concern. In their letter [exhibit A] to us on September 8, 2008, they wrote, "**Credit monitoring services are not available for minors....**" As soon as I received the letter, I contacted LifeLock and learned that they did in fact have a credit monitoring program for minors. *Princeton Review attempted to mislead us and took the convenient path of declining to help those students in grades 1-12 who were under age 18.*
2. This agreement proposes using Debix services for only two years for the affected students. As quoted from Debix's own website [downloaded 10/5/09], "**There's one group of people who are perfect targets for identity thieves-your children. That's because children have a clean credit history and the crime can go undetected for up to 15 years, since parents rarely have reason to check their child's credit report.**" If the children are at risk for up to 15 years, a limited two year coverage plan only addresses a very small percentage of the risk period. This is unacceptable.
3. There are currently two major companies providing credit monitoring services, LifeLock and Debix. LifeLock costs approximately $110 per year and Debix costs $2.50 per month [as of 10/5/09]. *Once again, Princeton Review opts for the victims to receive the cheaper coverage.*

Princeton Review continually chooses to take the cheapest solution. Unfortunately, if my children become victims of identity theft, they will have no choice to make. That is a real shame.

My two children had absolutely nothing to do with this breach, but yet can possibly be damaged severely in the future. It is quite possible that an identity thief acquired their information that Princeton Review allowed to be public information for a period of **four years** from 2005 through 2009. That oversight is absolutely deplorable and they should be forced to provide total assurance that their negligence does not damage the economic lives of these innocent children.

Thank you for your time.

Sincerely,

Lawrence Delaney
780 South McCall Rd
Englewood, FL 34223


Attached: Exhibit A, letter from Princeton Review, September 8, 2008

Cc: Edward F. Haber, Shapiro, Haber & Urmy LLP, 53 State Street, Boston, MA 02109
Cc: Matthew Triggs, Proskauer Rose LLP, 2255 Glades Road. Suite 340 West, Boca Raton, FL 33431-7360


EXHIBIT A



The Princeton Review

2315 Broadway  New York, NY  10024  Tel: 212-874-8282 / Fax: 212-871-7765

September 8, 2008

Dear Sarasota County Schools Student or Parent/Guardian:

We are writing to inform you of a recent incident involving the potential exposure of personal information about students in the Sarasota County School District. For some weeks this summer, student personal information was inadvertently available without password protection on a web page maintained by The Princeton Review. The web site was shut down immediately when this situation was discovered. Students who were in grades 2-12 during school years 2005-06 through 2008-09 were affected (except for school year 2006-07, for which it was grades 3-12).

Information about some students' performance on the Florida Comprehensive Assessment Test was accessible on the unprotected web page, including achievement levels in math and reading, and test responses for local practice tests. The exposed files also contained student name, date of birth, name of school and school district, ethnicity, gender, grade in school, Florida Student Identification Number, and other unique student characteristics. In your case (or that of your minor child), the Florida Student Identification Number included the student's Social Security Number. In addition, students' account passwords (but not username) to The Princeton Review's Assessment Center were on the web page. If used, this password would have enabled access to class information and local practice test scores. These passwords have been disabled.

**Credit card information and other financial information were not involved in this incident.**

The Princeton Review has initiated an investigation to determine what happened and what data has been accessed. We are taking appropriate steps to reduce the chance of any similar incidents occurring in the future.

<u>What Can You Do?</u>

If the student whose data was subjected to compromise is 18 years old or older:

We have arranged with ConsumerInfo.com, Inc., an Experian® company, to provide 18+ students with one year of credit monitoring, at no cost, subject to ConsumerInfo.com, Inc's terms and conditions. (Credit monitoring is not available for minors.) The online credit monitoring product known as **Triple Alert**$^{SM}$ will identify and notify a student of key changes in his or her three national credit reports that may indicate fraudulent activity. The student's complimentary 12-month membership will include:

- Monitoring of all three credit reports at Experian, Equifax® and TransUnion® – everyday
- Email alerts of key changes detected on your credit reports which may enable you to identify possible fraudulent activity
- Monthly "No Hit" alerts, if applicable
- Dedicated team of Fraud Resolution Representatives for victims of identity theft

- $25,000 in identity theft insurance provided by Virginia Surety Company, Inc. with no deductible (*Due to New York state law restrictions, identity theft insurance coverage cannot be offered to residents of New York.)

If a student who is 18+ would like to enroll, call us at 800-215-0225 Monday – Friday between 9:00 AM and 6:00 PM Eastern Time. We will provide a unique activation code that will be necessary to enroll for the credit monitoring service. An 18 or older student can redeem the Triple Alert$^{SM}$ product and enroll online, by visiting http://partner.consumerinfo.com/theprincetonreview and entering the activation code. This website will provide further instructions for registration. *Students must enroll for the product personally. You have until January 31, 2009 to activate this membership, and activation codes will not work after that date.*

If the student whose data was subjected to compromise is under 18 years old:

Credit monitoring services are not available for minors, since credit bureaus do not maintain credit files for minors. **How can I learn if Experian's database contains credit information about my minor child?**

Send a written request to Experian and include each of the following: A copy of your driver's license, proof of your current address -- such as a copy of a bank statement, utility bill, or insurance statement, a copy of your child's birth certificate, a copy of your child's social security card, your child's full name, including middle initial and generation, such as Jr., Sr., II, III etc., your child's date of birth and your previous address for the past two years. Send the request to Experian PO Box 9532, Allen, TX 75013. If Experian determines its database contains credit information about your minor child, a report will be sent to you at no charge.

For Everyone:

The Princeton Review will be hosting free workshops in your area regarding how to prevent identity theft. If you are interested in attending, call us at 800-215-0225 Monday – Friday between 9:00 AM and 6:00 PM Eastern Time and let us know that you are interested in attending a workshop. If you leave us your name and contact information, we will contact you with information about the workshop.

We take the privacy and security of personal information entrusted to our care very seriously. We regret that this incident occurred and extend our apologies to you for any inconvenience it may cause.

If you have questions, please feel free to call 800-215-0225 Monday – Friday between 9:00 AM and 6:00 PM Eastern Time.

Sincerely,

*[signature]*

Kevin A. Howell
Executive Vice President, General Manager